**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KAMERON BERNARD KELSEY,

    Plaintiff,

v.                                          Case No. 3:18-cv-1009-J-32MCR

UNITED STATES,

    Defendant.

_____

## **O R D E R**

This case is before the Court on pro se Plaintiff Kameron Bernard Kelsey's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 6). On December 14, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 8) recommending that the Application be denied and the case be dismissed without prejudice to Plaintiff filing a paid complaint. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 8), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 6) is **DENIED.**

3. The case is **DISMISSED without prejudice** to Plaintiff filing a paid complaint.

4. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of January, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record